**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re Brian Christopher Orsak

Appellate case number:    01-21-00481-CV

Trial court case number:   19-FD-2884

Trial court:               306th District Court of Galveston County

On September 8, 2021, relator, Brian Christopher Orsak, filed a petition for a writ of mandamus challenging the trial court's August 20, 2021 order appointing a master in chancery to "hear discovery disputes in this divorce case without any showing that this is an exceptional case warranting" the appointment.

In connection with his petition for writ of mandamus, relator also filed a "Motion for Emergency Stay on Petition for Writ of Mandamus," requesting that this Court stay enforcement of the trial court's August 20, 2021 order appointing the master in chancery pending resolution of this mandamus proceeding. Relator's motion to stay is **granted**. Enforcement of the trial court's August 20, 2021 order appointing the master in chancery is **stayed**. This stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

The Court further requests a response to the petition for writ of mandamus from real party in interest, Mary Margaret Orsak. **The response, if any, must be filed with this Court within fifteen days of the date of this order.**

It is so ORDERED.

Judge's signature: ____/s/ April Farris_____
                ☑ Acting individually    ☐ Acting for the Court

Date: __September 8, 2021____